*See Next Page for Complete Counsel Information for All Parties*

*E-FILED - 10/20/09*

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSSETTER DISTRIBUTING, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., A TENNESSEE CORPORATION,<br><br>Defendant. | CASE NO. 5:09-CV-3112-RMW<br><br>STIPULATION & ORDER TO AMEND COMPLAINT |
| MILLERCOORS, LLC, a Delaware limited liability company,<br><br>Intervenor. | Complaint Filed (in State Court):<br>May 6, 2009<br><br>Matter Removed on:<br>May 26, 2009<br><br>Judge: Hon. Ronald M. Whyte |

-1-

STIPULATION & ORDER REGARDING AMENDING COMPLAINT         5:09-cv-3112-RMW

| | |
|---|---|
| 1 | CRAIG S. RITCHEY   (SBN 45829) |
| | JOHN G. HURSH   (SBN 113149) |
| 2 | PATRICIA A. WELCH   (SBN 127889) |
| | KAREN E. WENTZEL   (SBN 112179) |
| 3 | DORSEY & WHITNEY LLP |
| | 1717 Embarcadero Road |
| 4 | Palo Alto, CA 94303 |
| | Telephone:  (650) 857-1717 |
| 5 | Facsimile:  (650) 857-1288 |
| | E-Mail:   efilingpa@dorsey.com |
| 6 |          hursh.jack@dorsey.com |
| |          ritchey.craig@dorsey.com |
| 7 |          welch.patricia@dorsey.com |
| |          wentzel.karen@dorsey.com |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | MUSSETTER DISTRIBUTING, INC., a California corporation |
| 10 | |
| 11 | MARK K. SLATER   (SBN 129742) |
| | JONATHAN P. HERSEY   (SBN 189240) |
| | ELISE K. SARA   (SBN 253813) |
| 12 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | 4 Embarcadero, 17th Floor |
| 13 | San Francisco, CA 94111-4109 |
| | Telephone:  415-434-9100 |
| 14 | Facsimile:  415-434-3947 |
| | E-mail:  mslater@sheppardmullin.com |
| 15 |         jhersey@sheppardmullin.com |
| |         esara@sheppardmullin.com |
| 16 | |
| | Attorneys for Defendant |
| 17 | DBI BEVERAGE INC. |
| 18 | JESSE RUIZ   (SBN 77984) |
| | ROBINSON & WOOD, INC. |
| 19 | 227 North First Street |
| | San Jose, CA  95113 |
| 20 | Telephone:  408-298-7120 |
| | Facsimile:  408-298-0477 |
| 21 | E-mail:  jfr@robinsonwood.com |
| 22 | Attornesy for Intervenor |
| | MILLERCOORS, LLC |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the cause of action for declaratory relief in the complaint in the above-captioned action be amended to eliminate allegations that Intervenor MillerCoors, LLC ("MillerCoors") is not a successor beer manufacturer under California Business & Professions Code § 25000.2 (the "Statute"), more specifically to delete only paragraph 7 and subparagraph 12(a). Plaintiff Mussetter Distributing, Inc. hereby waives any and all rights it has to pursue this issue, in this or any other forum, including without limitation an appeal under Cal. B&P Code 25000.2 from the arbitration now pending between Maita and defendant DBI Beverage Inc., as it relates to the events and circumstances giving rise to this action. Each party will bear its own attorneys fees and costs associated with the litigation of this issue herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 28, 2009         DORSEY & WHITNEY LLP

                               By: /s/
                               JOHN G. HURSH
                               Attorneys for Plaintiff
                               MUSSETTER DISTRIBUTING, INC., a
                               California corporation

DATED: August 28, 2009         SHEPPARD, MULLIN, RICHTER &
                               HAMPTON LLP

                               By: /s/
                               MARK K. SLATER
                               Attorneys for Defendant
                               DBI BEVERAGE INC.

DATED: August 28, 2009         ROBINSON & WOOD, INC.

                               By: /s/
                               JESSE RUIZ
                               Attorneys for Intervenor
                               MILLERCOORS, LLC

Filer's Attestation of Concurrence by Signatory

I, John G. Hursh, counsel for Mussetter Distributing, Inc. hereby attest that I have

-3-

obtained the concurrence of Mark K. Slater and Jesse Ruiz in the filing of this document.

/s/
JOHN G. HURSH

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/20/09_____

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE