1
2
3
4                                                               **E-FILED on**   2/4/10
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                       SAN JOSE DIVISION
11

12   MUSSETTER DISTRIBUTING, INC., a              No. C-09-03112 RMW
     California corporation,
13
                   Plaintiff,
14                                                ORDER GRANTING LEAVE TO FILE
          v.                                      AMICUS CURIAE BRIEF
15
     DBI BEVERAGE INC., a Tennessee
16   corporation,                                 **[Re Docket Nos. 67 and 68]**

17                 Defendant.
18

19          California Beer and Beverage Distributors has filed a motion for leave to file an *amicus* brief
20   in connection with the parties' cross-motions for summary judgment and a motion to shorten time for
21   hearing such motion.  The motions are not opposed.  Having considered the papers submitted, and
22   for good cause appearing, the court grants CBBD's motion for leave to file an amicus brief.  The
23   court will consider the brief, submitted as an attachment to CBBD's motion, in connection with the
24   parties' motions for summary judgment.
25
                                                 *Ronald M Whyte*
26   DATED:        2/3/10
                                                 RONALD M. WHYTE
27                                               United States District Judge
28


ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF– No. C-09-03112 RMW
TER

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  John G. Hursh          eFilingPA@dorsey.com

4  Karen Elizabeth Wentzel    eFilingPA@dorsey.com

5  Patricia Anne Welch      eFilingPA@dorsey.com

6  **Counsel for Defendant:**

7  Elise Kathryn Sara       esara@sheppardmullin.com
   Jonathan P. Hersey       jhersey@sheppardmullin.com

8  Mark Kenneth Slater      mslater@sheppardmullin.com

9  **Counsel for Intervenor:**

10  Jesse Frank Ruiz        jfr@robinsonwood.com
   Alissa Brett Rubin       arubin@kslaw.com

11  Michael W. Youtt        myoutt@kslaw.com
   Russell D. Workman       rworkman@kslaw.com

12

13  **Counsel for Amicus:**

14  Brian C. Rocca         brian.rocca@bingham.com

15

16
   Counsel are responsible for distributing copies of this document to co-counsel that have not
17  registered for e-filing under the court's CM/ECF program.

18

19

20  **Dated:**  2/4/10                    TER
                                  **Chambers of Judge Whyte**
21

22

23

24

25

26

27

28

ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF– No. C-09-03112 RMW
TER                                    2