**United States District Court**
For the Northern District of California

**E-FILED on** 2/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MUSSETTER DISTRIBUTING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | No. C-09-03112 RMW<br><br>ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF<br><br>**[Re Docket Nos. 67 and 68]** |

California Beer and Beverage Distributors has filed a motion for leave to file an *amicus* brief in connection with the parties' cross-motions for summary judgment and a motion to shorten time for hearing such motion. The motions are not opposed. Having considered the papers submitted, and for good cause appearing, the court grants CBBD's motion for leave to file an amicus brief. The court will consider the brief, submitted as an attachment to CBBD's motion, in connection with the parties' motions for summary judgment.

DATED: 2/3/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF– No. C-09-03112 RMW
TER

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| John G. Hursh | eFilingPA@dorsey.com |
| Karen Elizabeth Wentzel | eFilingPA@dorsey.com |
| Patricia Anne Welch | eFilingPA@dorsey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Elise Kathryn Sara | esara@sheppardmullin.com |
| Jonathan P. Hersey | jhersey@sheppardmullin.com |
| Mark Kenneth Slater | mslater@sheppardmullin.com |

**Counsel for Intervenor:**

| | |
|---|---|
| Jesse Frank Ruiz | jfr@robinsonwood.com |
| Alissa Brett Rubin | arubin@kslaw.com |
| Michael W. Youtt | myoutt@kslaw.com |
| Russell D. Workman | rworkman@kslaw.com |

**Counsel for Amicus:**

| | |
|---|---|
| Brian C. Rocca | brian.rocca@bingham.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/3/10   TER

**Chambers of Judge Whyte**